UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALANN JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT,<br><br>        Defendant. | Case No. 25-cv-05558-VC<br><br>**ORDER DIRECTING UNITED STATES MARSHAL TO EFFECT SERVICE; DIRECTIONS TO CLERK** |

    Plaintiff, a former detainee at San Francisco County Jail, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 regarding his treatment at the jail. The Court previously sent a Notice of Lawsuit and Request for Waiver of Service of Summons to defendant San Francisco Sheriff's Office on August 29, 2025. Defendant did not return a waiver of service within the thirty-day period provided in that notice and has not otherwise appeared in this matter.

    The Court therefore orders the Clerk to (1) prepare a USM-285 Form for the following defendants:

1) San Francisco Sheriff's Office at City Hall, Room 200, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102

    The Clerk shall provide to the United States Marshal Service the completed USM-285 Form, along with copies of the operative complaint (Dkt. No. 1) with all attachments thereto, the order of service (Dkt. No. 8), this order, and the summons.

    The Clerk shall mail a copy of this order to the San Francisco City Attorney and a copy to plaintiff.

    **IT IS SO ORDERED.**

Dated: January 5, 2026

                                                                      VINCE CHHABRIA<br>
                                                                      United States District Judge