UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALANN JOHNSON, <br><br>       Plaintiff, <br><br>    v. <br><br> SAN FRANCISCO SHERIFF'S DEPARTMENT, <br><br>       Defendant. | Case No.  25-cv-05558-VC <br><br><br> **ORDER DIRECTING DEFENDANT TO RE-SERVE MOTION TO DISMISS ON PLAINTIFF** |

Defendant filed a motion to dismiss this civil rights case on February 3, 2026, based on Johnson's failure to update her address after leaving the custody of the San Francisco jail. Dkt. No. 19. It appears that Johnson has returned to the custody of the San Francisco jail, as she has filed another case from the jail that has been assigned number 26-cv-01404-VC. Defendant is ordered to re-serve the motion on Johnson at the jail within 14 days of the date of this order.

    **IT IS SO ORDERED.**

Dated: February 24, 2026

_____
VINCE CHHABRIA
United States District Judge